1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-CR-0051 FCD |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER |
|  | ) | DISMISSING COUNT ONE OF |
| v. | ) | THE INDICTMENT |
| GERALD CHRISTOPHER MATTIE, | ) |  |
| Defendant. | ) |  |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss Count One of the above-captioned Indictment against defendant GERALD CHRISTOPHER MATTIE.

This motion is made pursuant to a plea agreement with the defendant in which the defendant pled guilty to Count Two of the Indictment, a misdemeanor.  The defendant has been sentenced by Magistrate Judge Gregory G. Hollows for that offense.

DATED: March 17, 2008                McGREGOR W. SCOTT
                                      United States Attorney


                                   By:/s/ Kenneth J. Melikian
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

1

<u>O R D E R</u>

IT IS ORDRED THAT Count One of the above-captioned Indictment be and is hereby dismissed against defendant GERALD CHRISTOPHER MATTIE.

DATED: March 19, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE