Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Gerald Christopher MATTIE |
| **Docket Number:** | 2:08CR00051-01 |
| **Offender Address:** | Elk Grove, California |
| **Judicial Officer:** | Honorable Gregory G. Hollows<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/17/2008 |
| **Original Offense:** | 42 USC 14072(i) - Failure to Register as a Sex Offender (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 1 year custody Bureau of Prisons; 1 year Supervised Release; $25 Special Assessment |
| **Special Conditions:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/23/2009 |
| **Assistant U.S. Attorney:** | Kenneth J. Melikian   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Timothy Zindel   **Telephone:** (916) 498-5700 |

**Other Court Action:**

**02/18/2009:**   A Probation Form 12B - Petition to Modify the Conditions or Term of Supervision With Consent of the Offender was filed and the Court modified the defendant's conditions of supervision to include sex offender treatment.

RE:     **Gerald Christopher MATTIE**
        **Docket Number:  2:08CR00051-01**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

2.  The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

3.  The defendant shall comply with the conditions of home detention for a period of up to 4 months to commence when directed by the probation officer. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

    At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:** On June 14, 2009, the defendant was arrested for violation of California Vehicle Code Sections 23152(a) - Drunk Driving; 23152(b) - Driving with a Blood Alcohol Level of .08% or More; and 14601.5(a) - Driving with a Suspended License. A subsequent blood test revealed the defendant's blood alcohol level was .24%. On July 30, 2009, the defendant was convicted of violation of California Vehicle Code Sections 23152(b) - Driving with a Blood Alcohol Level of .08% or More; and 14601.5(a) - Driving with a Suspended License. He was placed on conditional probation, ordered to serve 15 days jail, complete an alcohol program and pay a fine.

Initially, based on the defendant's blood alcohol level, his appearance before the Court appeared

RE:   Gerald Christopher MATTIE
      Docket Number:  2:08CR00051-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

warranted and we intended to recommend his term of supervised release be revoked.  However, based on the sentence he received in state court, it was felt this matter could be resolved and appropriate interventions could be imposed without formal court proceedings.

Therefore, it was decided a period of home detention best addresses the defendant's and the community's needs at this time.  While on home detention the defendant will be able to attend alcohol counseling and continue in sex offender treatment.  Further, while on home detention, he will remain at his residence except for activities approved by the probation officer.  Though he cannot physically be monitored around the clock, his activities and times outside the home will be curtailed and structured, and thus decreasing the risk of the defendant violating his terms of supervision.  The defendant is in agreement with the modification request and a signed waiver is on file.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**
Telephone:  (916) 683-3323


DATED:   August 18, 2009
         Elk Grove, California
         KMM/cj


REVIEWED BY:   /s/ Deborah A. Spencer
               **DEBORAH A. SPENCER**
               **Supervising United States Probation Officer**

RE:   **Gerald Christopher MATTIE**
      **Docket Number:  2:08CR00051-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

August 25, 2009                               /s Gregory G. Hollows
**Date**                                      **Signature of Judicial Officer**

mattie.ord2

cc:   United States Probation
      Kenneth J. Melikian, Assistant United States Attorney
      Timothy Zindel, Defense Counsel
      Defendant
      Court File